

# In the Missouri Court of Appeals
# Eastern District

MAY 13, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED98970    STATE OF MISSOURI, RES V DWAYNE Q. SHELTON, APP

2.  ED99396 JUDY PICKENS, APP V STATE OF MISSOURI, RES

3.  ED99659 SCOTT HENLEY, APP V STATE OF MISSOURI, RES

4.  ED99840 STATE OF MISSOURI, RES V DONALD JOHNSON, APP

5.  ED100058 STATE OF MISSOURI, RES V DAMION NEAL, APP

6.  ED100067 STATE OF MISSOURI, RES V MICHAEL J. EMORY, APP

7.  ED100157 STATE OF MISSOURI, RES V KEITH MEINERS, APP

8.  ED100278 CLINT RICHARDS, APP V LITITZ MUTUAL INS, RES

9.  ED100329 STATE OF MISSOURI, RES V ANTHONY MACK, APP

10. ED100486 CHRISTOPHER KIMBLE, APP V STATE OF MISSOURI, RES

11. ED100499    IN THE INTEREST OF:  D.S.

12. ED100652 C.M.J., RES V. R.P., APP